UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIERRA VERDE ESCAPE, LLC,
TOW DEVELOPMENT, LLC, and
AMI INVESTMENT HOLDINGS, LLC,

      Plaintiffs,

v.

THE BRITTINGHAM GROUP, LLC,
CHARLES T. NOCK, JOHN C. NOCK,
and BRIAN D. BRITTSAN,

      Defendants.
_____/

Case No. 1:16-CV-100

HON. GORDON J. QUIST

## ORDER FOR STATUS REPORT

On September 27, 2017, the Court entered an granting Plaintiff's motion for a two-week extension of time to initiate arbitration. (ECF No. 109.) A year has since passed and the Court has heard nothing from the parties. Therefore,

**IT IS HEREBY ORDERED** that within **fourteen (14) days** of the date of this Order, the parties shall file a joint status report apprising the Court of the status of the arbitration proceeding.

Dated: October 22, 2018

                /s/ Gordon J. Quist
                GORDON J. QUIST
                UNITED STATES DISTRICT JUDGE