UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIERRA VERDE ESCAPE, LLC, TOW
DEVELOPMENT, LLC, and AMI
INVESTMENT HOLDINGS, LLC,

    Plaintiffs,

Case No. 1:16-CV-100

v.

HON. GORDON J. QUIST

THE BRITTINGHAM GROUP, LLC,
CHARLES T. NOCK, JOHN C. NOCK,
and BRIAN D. BRITTSAN,

    Defendants.
_____/

## JUDGMENT IN FAVOR OF THE PLAINTIFFS AND AGAINST THE DEFENDANTS, JOINTLY AND SEVERALLY

For the reasons stated in the accompanying memorandum opinion,

**IT IS ORDERED** that Plaintiffs' Motion for Entry of Judgment of Arbitration Award (ECF No. 113) is **granted**.

**IT IS FURTHER ORDERED** that the September 24, 2018, Final Award is confirmed.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in accordance with the September 24, 2018, Arbitrator's Final Award. In particular, Defendants jointly and severally shall pay Plaintiffs compensatory damages in the amount of $550,000 to each Plaintiff (for a total of $1,650,000), plus prejudgment interest at 6%, compounded monthly as set forth in the September 24, 2018, Final Award. (ECF No. 114 at PageID.855.) Defendants, jointly and severally, with the exception of Defendant Charles T. Nock, shall pay each Plaintiff exemplary damages in the amount of $500,000 (for a

total of $1,500,000). Additionally, Defendants, jointly and severally, shall pay the administrative fees and expenses of the International Centre for Dispute Resolution, totaling $18,975, and shall pay the compensation and expenses of the arbitrator, totaling $49,330.06. Defendants, jointly and severally, shall reimburse Plaintiffs $24,665.03 for the fees and expenses of the arbitrator, which represents the portion of the fees and expenses in excess of the apportioned costs previously billed to Plaintiffs.

This case is **concluded**.


Dated: December 12, 2018                              /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE